# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Cequent Performance Products, Inc., | ) | Case No. 1:14-cv-08457 |
| | ) | |
| Plaintiff, | ) | Judge Charles P. Kocoras |
| | ) | |
| vs. | ) | |
| | ) | |
| Let's Go Aero, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that May 16, 2016, we filed with the Clerk of the District Court, the transcript and order from the May 13, 2016 hearing in related case no. 14-cv-1600-RM-MEH, Let's Go Aero, Inc. v. Cequent Performance Products, Inc., pending in the United States District Court for the District of Colorado, copies of which are attached hereto, and hereby served upon you.

Respectfully submitted,

Dated: May 16, 2016

   s/ Owen P. Quinn
Richard N. Kessler (6183140)
David B. Cupar (OH 0071622)
Matthew J. Cavanagh (OH 0079522)
Owen P. Quinn (6275732)
MCDONALD HOPKINS LLC
300 N. LaSalle Street, Ste. 2100
Chicago, Illinois 60654
t 312.280.0111 │ f 312.280.8232
rkessler@mcdonaldhopkins.com
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com
oquinn@mcdonaldhopkins.com

*Counsel for Cequent Performance Products, Inc.*

{6123134:}     1

# CERTIFICATE OF SERVICE

I Owen P. Quinn, an attorney, hereby certify that on May 16, 2016, I electronically filed Cequent's Notice of Filing with the Clerk of the Court using the Electronic Case Filing System and in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, these documents were served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(D) and Local Rule 5.9.


/s/ Owen P. Quinn