# **EXHIBIT B**

AMERICAN ARBITRATION ASSOCIATION
Commercial Arbitration Tribunal

In the Matter of the Arbitration between:

Case Number: 01-16-0003-8120

Let's Go Aero
-vs-
Cequent Performance Products, Inc.
n/k/a Horizon Global Americas, Inc.
f/k/a Cequent Towing Products, Inc.

**DISPOSITION FOR APPLICATION OF MODIFICATION OF AWARD (REDACTED)**

I, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entered into between the above-named parties and dated January 28, 2012, and having been duly sworn, and having duly heard the proofs and allegations of the Parties, and having previously rendered an Award dated January 17, 2019, and Claimant having filed an application for Modification dated February 4, 2019, and Respondent having responded by letter dated February 15, 2019 do hereby, DECIDE, as follows:

1.  The following paragraph found on page 30, Section II.C.2.c. of the Award is <u>deleted</u>:

    In addition, pursuant to 28 U.S.C. §1961(a), prejudgment interest on this amount has been calculated by the Arbitrator to be **XXXXX**, measured from the Board of Governors of the Federal Reserve System's 1-year constant maturity Treasury yield as of January 1, 2014, compounded annually through December 31, 2018. The 1-year constant maturity Treasury yield as of January 1, 2014 was 0.13. Thus, the total award to Respondent is **XXXXX**.

2.  The paragraph deleted by item 1 above is <u>replaced in whole</u> with the following:

    In addition, pursuant to 28 U.S.C. §1961(a), prejudgment interest on this amount has been calculated by the Arbitrator to be **XXXXX**, measured from the Board of Governors of the Federal Reserve System's 1-year constant maturity Treasury yield as of January 1, 2014, compounded annually through December 31, 2018. The 1-year constant maturity Treasury yield as of January 1, 2014 was 0.13. Thus, the total award to Claimant is **XXXXX**.

3.  The following paragraph found on page 147, Section XIII.B.iv of the Award is <u>deleted</u>:

    iv. The Arbitrator finds and concludes that based on the finding and conclusion of the Arbitrator as set forth in Section **XIII.B.i.** above, the Arbitrator awards Claimant **XXXXX** as full and complete damages for the infringement of the '725 and '550

patents. In addition, pursuant to 28 U.S.C. §1961(a), prejudgment interest on this amount has been calculated by the Arbitrator to be **XXXXX**, measured from the Board of Governors of the Federal Reserve System's 1-year constant maturity Treasury yield as of January 1, 2014, compounded annually through December 31, 2018. The 1-year constant maturity Treasury yield as of January 1, 2014 was 0.13%. Thus, the total award to Respondent is **XXXXX**. This amount will make Claimant whole for those units and Claimant shall not be able to recover on them in the future, either from Respondent or any third party.

4. The paragraph deleted by item 3 above is <u>replaced in whole</u> with the following:

    iv. The Arbitrator finds and concludes that based on the finding and conclusion of the Arbitrator as set forth in Section **XIII.B.i.** above, the Arbitrator awards Claimant **XXXXX** as full and complete damages for the infringement of the '725 and '550 patents. In addition, pursuant to 28 U.S.C. §1961(a), prejudgment interest on this amount has been calculated by the Arbitrator to be **XXXXX** measured from the Board of Governors of the Federal Reserve System's 1-year constant maturity Treasury yield as of January 1, 2014, compounded annually through December 31, 2018. The 1-year constant maturity Treasury yield as of January 1, 2014 was 0.13%. Thus, the total award to Claimant is **XXXXX**. This amount will make Claimant whole for those units and Claimant shall not be able to recover on them in the future, either from Respondent or any third party.

In all other respects the Award dated January 17, 2019, is reaffirmed and remains in full force and effect.

*Donald W. Rupert*

Donald W. Rupert, Arbitrator

February 20, 2019
Date