**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Cequent Performance Products, Inc., | ) | Case No. 1:14-cv-08457 |
| | ) | |
| Petitioner, | ) | Judge Charles P. Kocoras |
| | ) | |
| vs. | ) | **<u>Judgment</u>** |
| | ) | |
| Let's Go Aero, Inc., | ) | |
| | ) | |
| Respondent. | ) | |

The Court, having reviewed the parties' Joint Motion to Lift Stay, Confirm Arbitrator's Final Award, and Enter Judgment, finds that the parties' disputes were submitted to arbitration before the AAA before a properly designated Arbitrator in Chicago, Illinois, and the Arbitrator issued a Final Award and Modification to Final Award on January 17 and February 20, 2019, respectively, and enters JUDGMENT as follows:

1.  The stay in this case is lifted for entry of this Final Judgment.

2.  The Final Award of Arbitrator Donald W. Rupert, Esq., dated January 17, 2019, attached as Exhibit A, and the Modification of Final Award, dated February 20, 2019, attached as Exhibit B are hereby confirmed in accordance with 9 U.S.C. § 9.

3.  The Final Award and Modification are incorporated herein as a judgment of this court.

4.  Other than what is set forth in the Final Award and Modification, each party is to bear its own fees, costs, and expenses.

5.  All pending matters are now resolved and the case is now closed.

IT IS SO ORDERED

Dated 4/25/19          United States District Judge Charles P. Kocoras